UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CECILIA CRUZ, | Case No. 2:26-cv-04697-SB-E |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| AIR CANADA et al., | |
| Defendants. | |

Plaintiff Maria Cecilia Cruz filed her complaint in state court. Defendants Air Canada and Angel Andrade then removed the case to federal court based solely on diversity jurisdiction, claiming that nondiverse Defendants, including Andrade, were fraudulently joined. This Court ordered Plaintiff to either dismiss her claims against the nondiverse Defendants or, if she believed she had a viable claim, to file a motion to remand no later than May 22, 2026. Dkt. No. 15. Plaintiff failed to do so. On May 28, 2026, the Court issued another order requiring Plaintiff to either dismiss her claims against the nondiverse Defendants or show cause why they should not be dismissed without prejudice. Dkt. No. 17. Plaintiff was also warned that any further violation of the Court's orders may result in the issuance of an order to show cause re sanctions. Once again, Plaintiff failed to respond.

The Court cannot exercise jurisdiction over claims against Air Canada unless it first determines that the nondiverse Defendants should be dismissed as fraudulently joined. *See Isaacs v. Broido*, 358 F. App'x 874, 876 (9th Cir. 2009) ("Analytically, a fraudulent joinder finding compels dismissal of the 'sham defendants.'"). The case also cannot proceed if Plaintiff does not comply with court orders. Based on her repeated failures, Plaintiff is ordered to show cause, in writing, no later than June 12, 2026, why she and/or her counsel should not be subject to sanctions under Rule 16(f) of the Federal Rules of Civil Procedure and this Court's inherent authority, including by dismissal of the case for lack of prosecution and imposition of monetary sanctions.

1

2

The mandatory scheduling conference is hereby continued to June 26, 2026. If the parties intend to pursue the case, a joint status report shall be filed no later than June 12, 2026.  Failure to timely respond to the OSC shall be deemed consent to dismissal of Plaintiff's claims without prejudice for lack of prosecution.


Date: June 10, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

2